UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 19-11205-JKF |
|---|---|---|
| | : | |
| | : | CHAPTER 13 |
| SHARON HORVATH | : | |
| DEBTOR | : | |

### Order Granting Additional Time to File Schedules and Statement of Affairs

It is ORDERED that the Debtor herein shall have until MARCH 24, 2019, to file schedules and a statement of affairs.

**Date: March 12, 2019**

Date:

_____
United States Bankruptcy Judge
Jean K. FitzSimon