**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Sharon D. Horvath | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-11205JKF |

**ORDER**

AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 3/1/19 and an Order extending time
until 3/24/19, this case

is hereby DISMISSED.

**Date: March 27, 2019**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Disclosure of Atty Compensation
Chapter 13 Statement of Your Current Monthly Income and Calculation of
Commitment Period
Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable

bfmisdoc