**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11205 JKF |
| | : | |
| | : | CHAPTER 13 |
| SHARON D. HORVATH | : | |
| DEBTOR | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

SHARON D. HORVATH has filed this MOTION FOR RECONSIDERATION ORDER DISMISSING HER CHAPTER 13 CASE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant relief sought in the motion or if you want to consider your views on the motion, then on or before <u>5/20/2006</u> you or your attorney must do all of the following:
   (a) file an answer explaining your position at
       Clerk's Office, U.S. Bankruptcy Court
       The Robert Nix Building
       900 Market Street
       Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
   (b) mail a copy to movant's attorney:
       **Bruce J. Trawick, Esquire**
       **DC 33 Legal Services**
       **3001 Walnut Street, 10th Flr**
       **Philadelphia, PA 19104**

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
3. A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **APRIL 24, 2019 at 9:30 am in the Courtroom #3** United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.
4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).
5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

March 28, 2019