United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-11205-jkf
Sharon D. Horvath                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Mar 27, 2019
                     Form ID: pdf900            Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db             #+Sharon D. Horvath,    2313 E. Norris Street,    Philadelphia, PA 19125-1907
14285324       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
14284786       +M&T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
14285326       +M&T Bank,    35 A Rust Lane,    Boerne, TX 78006-8202
14285328       +PHILADELPHIA FEDERAL CREDIT UNION,    12800 TOWNSEND ROAD,    Philadelphia, PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14285327       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30      OLD NAVY,    4125 WINDWARD PLAZA,
                 Alpharetta, GA 30005-8738
14281194       +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:30      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14285329       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:22
                 VERIZON,    PO BOX 15124,    Albany, NY 12212-5124
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14285325         Frank Horvath
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
              BRUCE J. TRAWICK    on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Sharon D. Horvath | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-11205JKF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/1/19 and an Order extending time until 3/24/19, this case

is hereby DISMISSED.

**Date: March 27, 2019**

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Disclosure of Atty Compensation
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
Form 122C-1
Means Test Calculation Form 122C-2 – If Applicable

bfmisdoc