# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.   19-11205-JKF |
| | : | |
| | : | CHAPTER 13 |
| **SHARON D. HORVATH** | : | |
| **DEBTOR** | : | |

## CERTIFICATION OF NO RESPONSE/OBJECTION

I, Bruce J. Trawick, Esquire Counsel for Debtor herein, certify that as of the 23rd day of APRIL 2019, I have received no objections to **Debtors   MOTION FOR RECONSIDERATION OF ORDER DISMISSING HER CHAPTER 13 CASE**, which was filed with the Clerk, U.S. Bankruptcy Court, 3726 U.S. Court House, Philadelphia, PA, on MARCH 28, 2019, and served via U.S. Mail as follows:

SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606


U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 1910

A review of the Docket, as of **APRIL 23, 2019** also reveals no such objections filed.

  /S/ Bruce J. Trawick
Bruce J. Trawick, Esq.