**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :    **CASE NO. 19-11205 JKF**
                                          :
                                          :                **CHAPTER 13**
**SHARON D. HORVATH**                     :
              **DEBTOR**                  :

<u>ORDER</u>

AND NOW, this     24th        day of     April                , 2019 upon
consideration of

Debtor's Motion for Reconsideration of the Order dated 3/27/2019, dismissing her
chapter 13 case.

ORDERED THAT: the Order dated 3/27/2019 is hereby vacated; and it is further

ORDERED THAT: that the chapter 13 case is re-instated ~~and the automatic stay
is reimposed under 11 U.S.C. §362(d).~~

BY THE COURT:

_____
**JEAN K. FITZSIMON,**
**U.S. Bankruptcy Judge**

cc:    Bruce J. Trawick, Esquire
       3001 Walnut Street, 10th Flr.
       Philadelphia, Pennsylvania 19104

cc:    SCOTT WATERMAN
       Chapter 13 Trustee
       2901 St. Lawrence Ave.
       Suite 100
       Reading, PA 19606