United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11205-jkf
Sharon D. Horvath                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1            Date Rcvd: Apr 24, 2019
                              Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db          +Sharon D. Horvath,   2313 E. Norris Street,   Philadelphia, PA 19125-1907
14285324    +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
14284786    +M&T Bank,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Phila, PA 19106-1541
14285326    +M&T Bank,   35 A Rust Lane,   Boerne, TX 78006-8202
14285328    +PHILADELPHIA FEDERAL CREDIT UNION,   12800 TOWNSEND ROAD,   Philadelphia, PA 19154-1095

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:25    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2019 02:29:03
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2019 02:29:24    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:59    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14285327    +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:57    OLD NAVY,   4125 WINDWARD PLAZA,
              Alpharetta, GA 30005-8738
14281194    +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:30:09    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14285329    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 25 2019 02:28:52
              VERIZON,   PO BOX 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14285325      Frank Horvath
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              BRUCE J. TRAWICK    on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com,
               srowe@dc33lsp.org;r56186@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11205 JKF |
| | : | |
| | : | CHAPTER 13 |
| SHARON D. HORVATH | : | |
| DEBTOR | : | |

### ORDER

AND NOW, this   24th   day of   April   , 2019 upon consideration of

Debtor's Motion for Reconsideration of the Order dated 3/27/2019, dismissing her chapter 13 case.

ORDERED THAT: the Order dated 3/27/2019 is hereby vacated; and it is further

ORDERED THAT: that the chapter 13 case is re-instated ~~and the automatic stay is reimposed under 11 U.S.C. §362(d)~~.

BY THE COURT:

JEAN K. FITZSIMON,
U.S. Bankruptcy Judge

cc:   Bruce J. Trawick, Esquire
      3001 Walnut Street, 10th Flr.
      Philadelphia, Pennsylvania 19104

cc:   SCOTT WATERMAN
      Chapter 13 Trustee
      2901 St. Lawrence Ave.
      Suite 100
      Reading, PA 19606