PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **10** YR: **2018** SPECIAL: PAGE 8

LAST NAME **HORVATH** LAST PAY PERIOD PAID **10**

FIRST NAME **SHARON** END DATE **09/09/18**

DEPARTMENT **11-PX-43-26** CITY OF PHILADELPHIA DIST DATE **09/14/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **572.91** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **00902** | **572.91** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | | | | RATE 3 TIME | | |
| TXBLE GROSS | **572.91** | | | | | |
| PENSION **Y** | **17.65** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **17.59** | | | | | |
| 13 CITY WAGE | **22.23** | | | | | |
| 14 F.I.C.A. | **32.42** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.34** | | | POLICE MEALS | | |
| 16 MEDICARE | **7.58** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **406.85** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **4709925** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA ... DEPT
F... 307
8... STS.
PHILA, PA 19106

Elnto

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **11** YR: **2018** SPECIAL: PAGE 8

LAST NAME **HORVATH** LAST PAY PERIOD PAID **11**
FIRST NAME **SHARON** END DATE **09/23/18**
DEPARTMENT **11-PX-43-26** CITY OF PHILADELPHIA DIST DATE **09/28/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **627.85** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **01000** | **627.85** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | | | | RATE 3 TIME | | |
| TXBLE GROSS | **627.85** | | | | | |
| PENSION **Y** | **19.34** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **19.27** | | | | | |
| 13 CITY WAGE | **24.37** | | | | | |
| 14 F.I.C.A. | **35.83** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **8.38** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **452.03** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA, PA 19106

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **12** YR: **2018** SPECIAL: PAGE 8

LAST NAME **HORVATH** LAST PAY PERIOD PAID **12**

FIRST NAME **SHARON** END DATE **10/07/18**

DEPARTMENT **11-PX-43-26** CITY OF PHILADELPHIA DIST DATE **10/12/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **627.85** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **01000** | **627.85** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | | | | RATE 3 TIME | | |
| TXBLE GROSS | **627.85** | | | | | |
| PENSION **Y** | **19.34** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **19.27** | | | | | |
| 13 CITY WAGE | **24.37** | | | | | |
| 14 F.I.C.A. | **35.83** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **8.38** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **452.03** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PH... DEPT
FI... RM 307
8TH ... TS.
PHI... PA 19106

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **13** YR: **2018** SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | **HORVATH** | | | LAST PAY PERIOD PAID | **13** | |
| FIRST NAME | **SHARON** | | | END DATE | **10/21/18** | |
| DEPARTMENT | **11-PX-43-26** | CITY OF PHILADELPHIA | | DIST DATE | **10/26/18** | |
| | | DEDUCTIONS | | | | |
| REG GROSS | **627.85** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **01000** | **627.85** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | **3.50** | | | RATE 3 TIME | | |
| TXBLE GROSS | **631.35** | | | | | |
| PENSION **Y** | **19.34** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **19.38** | | | | | |
| 13 CITY WAGE | **24.50** | | | | | |
| 14 F.I.C.A. | **36.04** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **8.43** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **451.53** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA POLICE DEPT
FIN... M 307
8TH ... STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **14** YR: **2018** SPECIAL: PAGE 8

| | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | **HORVATH** | | | LAST PAY PERIOD PAID | **14** | |
| FIRST NAME | **SHARON** | | | END DATE | **11/04/18** | |
| DEPARTMENT | **11-PX-43-26** | CITY OF PHILADELPHIA | | DIST DATE | **11/09/18** | |
| | | DEDUCTIONS | | | | |
| REG GROSS | **525.82** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **00806** | **525.82** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | | | | RATE 3 TIME | | |
| TXBLE GROSS | **525.82** | | | | | |
| PENSION **Y** | **16.20** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **16.14** | | | | | |
| 13 CITY WAGE | **20.41** | | | | | |
| 14 F.I.C.A. | **29.50** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.32** | | | POLICE MEALS | | |
| 16 MEDICARE | **6.90** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **368.10** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA POLICE DEPT
FINAN... RM 307
8TH &... STS.
PHILA., PA 19106

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **15** YR: **2018** SPECIAL: PAGE 8

LAST NAME **HORVATH** LAST PAY PERIOD PAID **15**

FIRST NAME **SHARON** END DATE **11/18/18**

DEPARTMENT **11-PX-43-26** CITY OF PHILADELPHIA DIST DATE **11/21/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **627.85** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **01000** | **627.85** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | **3.50** | | | RATE 3 TIME | | |
| TXBLE GROSS | **631.35** | | | | | |
| PENSION **Y** | **19.34** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **19.38** | | | | | |
| 13 CITY WAGE | **24.50** | | | | | |
| 14 F.I.C.A. | **36.04** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **8.43** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **451.53** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA [illegible]
[illegible] 307
[illegible]
PHIL[illegible], PA 19106

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **16** YR: **2018** SPECIAL: PAGE 8

LAST NAME **HORVATH** LAST PAY PERIOD PAID **16**

FIRST NAME **SHARON** END DATE **12/02/18**

DEPARTMENT **11-PX-43-26** CITY OF PHILADELPHIA DIST DATE **12/07/18**

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **627.85** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **01000** | **627.85** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | | | | RATE 3 TIME | | |
| TXBLE GROSS | **627.85** | | | | | |
| PENSION **Y** | **19.34** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **19.27** | | | | | |
| 13 CITY WAGE | **24.37** | | | | | |
| 14 F.I.C.A. | **35.83** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.38** | | | POLICE MEALS | | |
| 16 MEDICARE | **8.38** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **452.03** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA POLICE ...
FIN...
8T...
PHILA, PA 19106

```
PG/ N  EMPLOYEE CHECK STUB: 275707    PERIOD: 17  YR: 2018 SPECIAL:       PAGE 8
LAST NAME    HORVATH                              LAST PAY PERIOD PAID  17
FIRST NAME   SHARON                                          END DATE  12/16/18
DEPARTMENT   11-PX-43-26    CITY OF PHILADELPHIA            DIST DATE  12/21/18
                                DEDUCTIONS
REG GROSS            604.30     MED        50.00  VAC BUY BACK
PREMIUM/OT                      SCH-GRD    18.25  RATE 1 TIME     00910     604.30
ADJ. GROSS                                        RATE 2 TIME
BENEFITS               3.50                       RATE 3 TIME
TXBLE GROSS          607.80
PENSION  Y            18.61
DEF COMP
11 FED TAX
12 ST. TAX            18.66
13 CITY WAGE          23.59
14 F.I.C.A.           34.58                       POLICE STRESS
15 PAUC TAX            0.36                       POLICE MEALS
16 MEDICARE            8.09                       NET ADJUSTMENT
17  OVER 200K                                     NET PAY                   432.16
19 E.I.C.
                                                  CHECK NUMBER    0000000

PF1/13 MAIN MENU  PF2/14 PREVIOUS MENU  PF3/15 FULL DETAILS PF4/16 ADJUST TYPE
```

P... M 307 ... PA 19106

```
PG/ N  EMPLOYEE CHECK STUB: 275707    PERIOD: 18  YR: 2018 SPECIAL:        PAGE 8
LAST NAME    HORVATH                         LAST PAY PERIOD PAID  18
FIRST NAME   SHARON                                    END DATE  12/30/18
DEPARTMENT   11-PX-43-26    CITY OF PHILADELPHIA       DIST DATE  01/04/19
                                DEDUCTIONS
REG GROSS           517.97      MED         50.00  VAC BUY BACK
PREMIUM/OT                    SCH-GRD       18.25  RATE 1 TIME     00804      517.97
ADJ. GROSS                                         RATE 2 TIME
BENEFITS                                           RATE 3 TIME
TXBLE GROSS         517.97
PENSION  Y           15.95
DEF COMP
11 FED TAX
12 ST. TAX           15.90
13 CITY WAGE         20.10
14 F.I.C.A.          29.01                         POLICE STRESS
15 PAUC TAX           0.31                         POLICE MEALS
16 MEDICARE           6.79                         NET ADJUSTMENT
17  OVER 200K                                      NET PAY                    361.66
19 E.I.C.
                                                   CHECK NUMBER    0000000

 PF1/13 MAIN MENU  PF2/14 PREVIOUS MENU  PF3/15 FULL DETAILS PF4/16 ADJUST TYPE
```

PHILA POLICE DEPT
FIN... 307
8T... STS.
PHILA, PA 19106

12:14:52 Tuesday, February 26, 2019

PG/ N EMPLOYEE CHECK STUB: **275707** PERIOD: **19** YR: **2019** SPECIAL: PAGE 8

| | | | | | |
|---|---|---|---|---|---|
| LAST NAME | **HORVATH** | | | LAST PAY PERIOD PAID | **19** |
| FIRST NAME | **SHARON** | | | END DATE | **01/13/19** |
| DEPARTMENT | **11-PX-43-26** | CITY OF PHILADELPHIA | | DIST DATE | **01/18/19** |

| | | DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|
| REG GROSS | **565.06** | **MED** | **50.00** | VAC BUY BACK | | |
| PREMIUM/OT | | **SCH-GRD** | **18.25** | RATE 1 TIME | **00900** | **565.06** |
| ADJ. GROSS | | | | RATE 2 TIME | | |
| BENEFITS | **3.50** | | | RATE 3 TIME | | |
| TXBLE GROSS | **568.56** | | | | | |
| PENSION **Y** | **17.40** | | | | | |
| DEF COMP | | | | | | |
| 11 FED TAX | | | | | | |
| 12 ST. TAX | **17.45** | | | | | |
| 13 CITY WAGE | **22.07** | | | | | |
| 14 F.I.C.A. | **32.15** | | | POLICE STRESS | | |
| 15 PAUC TAX | **0.34** | | | POLICE MEALS | | |
| 16 MEDICARE | **7.52** | | | NET ADJUSTMENT | | |
| 17 OVER 200K | | | | NET PAY | | **399.88** |
| 19 E.I.C. | | | | | | |
| | | | | CHECK NUMBER | **0000000** | |

**PF1/13 MAIN MENU PF2/14 PREVIOUS MENU PF3/15 FULL DETAILS PF4/16 ADJUST TYPE**

PHILA, PA 19106

```
PG/ N  EMPLOYEE CHECK STUB: 275707    PERIOD: 20  YR: 2019 SPECIAL:       PAGE 8
LAST NAME    HORVATH                             LAST PAY PERIOD PAID  20
FIRST NAME   SHARON                                         END DATE  01/27/19
DEPARTMENT   11-PX-43-26    CITY OF PHILADELPHIA           DIST DATE  02/01/19
                                DEDUCTIONS
REG GROSS           604.30       MED          50.00  VAC BUY BACK
PREMIUM/OT                  SCH-GRD           18.25  RATE 1 TIME     00910      604.30
ADJ. GROSS                                           RATE 2 TIME
BENEFITS                                             RATE 3 TIME
TXBLE GROSS         604.30
PENSION  Y           18.61
DEF COMP
11 FED TAX
12 ST. TAX           18.55
13 CITY WAGE         23.45
14 F.I.C.A.          34.37                           POLICE STRESS
15 PAUC TAX           0.36                           POLICE MEALS
16 MEDICARE           8.04                           NET ADJUSTMENT
17  OVER 200K                                        NET PAY                    432.67
19 E.I.C.
                                                     CHECK NUMBER    0000000

 PF1/13 MAIN MENU  PF2/14 PREVIOUS MENU  PF3/15 FULL DETAILS PF4/16 ADJUST TYPE
```

PHILA POLICE DEPT
PHILA., PA 19106

SHARON HORVATH
2313 E NORRIS ST
PHILADELPHIA PA 19125

PAY PERIOD ENDING 01-13-2019
DATE PAYABLE 01-18-2019

YTD GROSS PAY
YTD W-2 GROSS
YTD FEDERAL TAX
YTD F.I.C.A.
YTD MEDICARE TAX
YTD CITY TAX
YTD STATE TAX
YTD UNEMPLOYMENT COMPENSATION TAX

PENSION PLAN
YTD NON TAXED PENSION
YTD TAXED PENSION

REGULAR EARNINGS TOTAL
EXCEPTION EARNINGS TYPE TIME

EXCEPTION EARNINGS TOTAL

NET PAY

STATEMENT OF EARNINGS AND DEDUCTIONS

CITY OF PHILADELPHIA

Deposit
as account for

DIRECT DEPOSIT
NON-NEGOTIABLE

SHARON HORVATH
2313 E NORRIS ST
PHILADELPHIA PA 19125

NON-NEGOTIABLE

HORVAT
2313 E NORRIS
PHILADELPHIA

REGULAR GROSS
MISCELLANEOUS
PREMIUM PAY / OT
POLICE STRESS
TOTAL GROSS EARNINGS

FEDERAL TAX
F.I.C.A.
MEDICARE TAX
CITY WAGE TAX
STATE TAX
UNEMPLOYMENT COMPENSATION TAX

CURRENT NON-TAXED PENSION
MEDICAL DEDUCTION
UNION DUES

PAY PERIOD ENDING
DATE PAYABLE

YTD GROSS PAY
YTD W-2 GROSS
YTD FEDERAL TAX
YTD F.I.C.A.
YTD MEDICARE TAX
YTD STATE TAX
YTD UNEMPLOYMENT COMPENSATION TAX