**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                    Case No. 19-11205-jkf
                                                          Chapter 13
SHARON D. HORVATH

Debtor(s)

## <u>NOTICE OF APPEARANCE</u>

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all

matters which must be noticed to creditors, any creditors' committees, and any other parties-

in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in

the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the

following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:      */s/ Daniel Jones, Esquire*
         Daniel Jones, Esquire
         Bar No:  321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 26th day of June, 2019, to the following:

Bruce J. Trawick, Esq.
DC33 Legal Services Plan
3001 Walnut Street
10th Floor
Philadelphia, PA 19104
brucejitzi@gmail.com
***Attorney for Debtor(s)***

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***

United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first-class mail postage prepaid to:

Sharon D. Horvath
2313 E. Norris Street
Philadelphia, PA 19125
***Debtor(s)***

By:      */s/Daniel Jones, Esquire*