Sharon Horvath Case 19-11205-JKF

due to illness than lack of Pay I fell behind When I called To make a payment M+T Refused To excepted it or Take any more Phone calls. I will keep trying



Sharon Horvath

261 9797947