## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Sharon D. Horvath<br>    Debtor<br><br>Frank Horvath<br>    Non-Filing Co-Debtor<br>-------------------------------------------<br>M&T Bank<br>    Creditor/Movant<br>v.<br>Sharon D. Horvath<br>    Respondent | Chapter: 13<br><br>Bankruptcy Case: 19-11205-JKF |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_September\_\_\_, 2019, upon consideration of the Stipulation between Debtor and M&T Bank, it is hereby ORDERED and DECREED that the Stipulation is APPROVED. ~~and made an Order of the Court.~~

BY THE COURT:

*Jean K. FitzSimon*

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon