United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-11205-jkf
Sharon D. Horvath                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi               Page 1 of 1               Date Rcvd: Sep 11, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db             +Sharon D. Horvath,    2313 E. Norris Street,   Philadelphia, PA 19125-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
      BRUCE J. TRAWICK    on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com,
       srowe@dc33lsp.org;r56186@notify.bestcase.com
      DANIEL P. JONES    on behalf of Creditor   M&T BANK djones@sterneisenberg.com,
       bkecf@sterneisenberg.com
      KEVIN G. MCDONALD    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>Sharon D. Horvath<br>    Debtor<br><br>Frank Horvath<br>    Non-Filing Co-Debtor<br>------------------------------------------<br>M&T Bank<br>    Creditor/Movant<br>v.<br>Sharon D. Horvath<br>    Respondent | Chapter: 13<br><br>Bankruptcy Case: 19-11205-JKF |

### ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_September_____, 2019, upon consideration of the Stipulation between Debtor and M&T Bank, it is hereby ORDERED and DECREED that the Stipulation is APPROVED. ~~and made an Order of the Court.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon