United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon D. Horvath  
    Debtor

Case No. 19-11205-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Randi　　Page 1 of 1　　Date Rcvd: Nov 07, 2019  
　　　　　　　　　　　Form ID: 155　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db　　　　+Sharon D. Horvath,　2313 E. Norris Street,　Philadelphia, PA 19125-1907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
　　　　BRUCE J. TRAWICK　　on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com,  
　　　　　srowe@dc33lsp.org;r56186@notify.bestcase.com  
　　　　DANIEL P. JONES　　on behalf of Creditor　M&T BANK djones@sterneisenberg.com,  
　　　　　bkecf@sterneisenberg.com  
　　　　KEVIN G. MCDONALD　　on behalf of Creditor　M&T BANK bkgroup@kmllawgroup.com  
　　　　POLLY A. LANGDON　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,  
　　　　　ecf_frpa@trustee13.com  
　　　　SCOTT F. WATERMAN (Chapter 13)　　ECFMail@ReadingCh13.com,　ecf_frpa@trustee13.com  
　　　　SCOTT F. WATERMAN (Chapter 13)　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
　　　　　ECFMail@ReadingCh13.com,　ecf_frpa@trustee13.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sharon D. Horvath
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−11205−jkf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 6, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

71
Form 155