## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sharon D. Horvath | Debtor(s) | CHAPTER 13 |
| M&T Bank | Movant | |
| vs. | | NO. 19-11205 JKF |
| Sharon D. Horvath | Debtor(s) | |
| Frank Horvath | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman | Trustee | |

### ORDER

AND NOW, this        day of                    , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 2313 East Norris Street, Philadelphia, PA 19125 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Sharon D. Horvath
2313 East Norris Street
Philadelphia, PA 19125

Frank Horvath
2313 East Norris Street
Philadelphia, PA 19125

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Bruce J. Trawick
3001 Walnut Street
10th Floor
Philadelphia, PA 19104

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532