IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| SHARON D. HORVATH | : | CHAPTER 13 |
| | : | |
| Debtor. | : | Case No. 19-11205-(JKF) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Sharon D. Horvath.

Respectfully submitted,

Date: December 23, 2019

BY: _/s/ Stephen M. Dunne_
Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite. 1200
Philadelphia, PA  19102
(215) 551-7109 Phone
(215) 525-9721 Fax