| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11205-AMC**

SHARON D. HORVATH
2313 E. NORRIS STREET
PHILADELPHIA  PA    19125

Petition Filed Date: 02/28/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 11/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2019 | $936.00 | 1662103656 | 07/09/2019 | $312.00 | 1662111648 | 08/07/2019 | $312.00 | 1662902271 |
| 09/05/2019 | $320.00 | 1663974558 | 11/05/2019 | $312.00 | 1665656433 | 12/10/2019 | $312.00 | 1666458918 |
| 01/02/2020 | $312.00 | 171358617 | 01/24/2020 | $312.00 | 1730951982 | 03/10/2020 | $312.00 | 1732243284 |
| 04/07/2020 | $314.00 | 1732250142 | 05/11/2020 | $313.00 | 1733130180 | 06/16/2020 | $312.00 | 1733821875 |
| 06/16/2020 | $315.00 | 26396979085 | 07/28/2020 | $315.00 | 26396988232 | | | |

**Total Receipts for the Period:  $5,009.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,009.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $469.53 | $0.00 | $469.53 |
| 2 | PHILADELPHIA FEDERAL CREDIT U<br>»»  002 | Unsecured Creditors | $7,558.24 | $0.00 | $7,558.24 |
| 3 | M&T BANK<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $386.19 | $0.00 | $386.19 |
| 5 | M&T BANK<br>»»  005 | Mortgage Arrears | $3,979.41 | $2,717.73 | $1,261.68 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $2,236.14 | $1,527.17 | $708.97 |

**Chapter 13 Case No. 19-11205-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,009.00 | Current Monthly Payment: | $312.00 |
| Paid to Claims: | $4,244.90 | Arrearages: | $303.00 |
| Paid to Trustee: | $480.60 | Total Plan Base: | $15,920.00 |
| Funds on Hand: | $283.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.