# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**SHARON D. HORVATH**                                    **Chapter 13**

**Debtor**                                               **Case No. 19-11205-amc**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Sharon D. Horvath in the above referenced Chapter 13 case.

                                        BY: /s/ Stephen Dunne
                                            STEPHEN DUNNE, ESQUIRE
                                            1515 Market Street, Ste. 1200
                                            Philadelphia, PA  19102

    Kindly enter my appearance on behalf of Sharon D. Horvath in the above referenced Chapter 13 case.

                                        BY:/s/ Vladislav Kachka
                                            VLADISLAV KACHKA
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            vkachka@spearwilderman. com