**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| SHARON D. HORVATH | : | |
| | : | |
| Debtor. | : | Case No. 19-11205-amc |

_____

# WITHDRAWAL OF APPEARANCE

To the Clerk:

Kindly withdraw my appearance on behalf of Sharon D. Horvath and DELETE the following two ECF email addresses associated with this matter:

> **bestcasestephen@gmail.com**

> **dunnesr74587@notify.bestcase.com**


Date: March 1, 2021                              BY: /s/ *Stephen M. Dunne*
                                                 Stephen M. Dunne, Esquire
                                                 Dunne Law Offices, P.C.
                                                 1515 Market Street, Suite. 1200
                                                 Philadelphia, PA  19102
                                                 (215) 551-7109 Phone
                                                 (215) 525-9721 Fax