Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 19-11205-AMC

SHARON D. HORVATH  
2313 E. NORRIS STREET  
PHILADELPHIA  PA    19125

Petition Filed Date: 02/28/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 11/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $312.00 | 171358617 | 01/24/2020 | $312.00 | 1730951982 | 03/10/2020 | $312.00 | 1732243284 |
| 04/07/2020 | $314.00 | 1732250142 | 05/11/2020 | $313.00 | 1733130180 | 06/16/2020 | $312.00 | 1733821875 |
| 06/16/2020 | $315.00 | 26396979085 | 07/28/2020 | $315.00 | 26396988232 | 09/01/2020 | $315.00 | 26396989492 |
| 09/22/2020 | $315.00 | 26396994126 | 11/10/2020 | $315.00 | 1754359029 | 04/05/2021 | $315.00 | 1781913807 |
| 04/05/2021 | $315.00 | 1781913798 | 04/05/2021 | $315.00 | 1781913780 | 04/05/2021 | $315.00 | 1781913771 |
| 05/11/2021 | $600.00 | 1782725193 | 05/26/2021 | $315.00 | 1783484658 | | | |

**Total Receipts for the Period:  $5,625.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $8,129.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $469.53 | $49.36 | $420.17 |
| 2 | PHILADELPHIA FEDERAL CREDIT U<br>»»  002 | Unsecured Creditors | $7,558.24 | $794.63 | $6,763.61 |
| 3 | M&T BANK<br>»»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $386.19 | $40.61 | $345.58 |
| 5 | COMMUNITY LOAN SERVICING LLC<br>»»  005 | Mortgage Arrears | $3,979.41 | $3,979.41 | $0.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»»  006 | Secured Creditors | $2,236.14 | $2,236.14 | $0.00 |
| 0 | VLADISLAV KACHKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11205-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,129.00 | Current Monthly Payment: | $312.00 |
| Paid to Claims: | $7,100.15 | Arrearages: | $303.00 |
| Paid to Trustee: | $745.35 | Total Plan Base: | $15,920.00 |
| Funds on Hand: | $283.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.