**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sharon D. Horvath                              CHAPTER 13
              Debtor(s)

BKY. NO. 19-11205 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

              Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
24 Jun 2021, 16:41:06, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322