## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon D. Horvath<br>　　　　　　　　Debtor(s) | |
| Community Loan Servicing, LLC, a Delaware Limited Liability Company<br>　　　　　　　v.<br>Sharon D. Horvath<br>　　　　　　　and<br>Scott Waterman<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 19-11205 AMC |

### ORDER

AND NOW, this　　　day of　　　　　　, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 20, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Community Loan Servicing, LLC, a Delaware Limited Liability Company and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2313 East Norris Street Philadelphia, PA 19125.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 21, 2021**

_United States Bankruptcy Judge._

cc: See attached service list

Sharon D. Horvath
2313 East Norris Street
Philadelphia, PA 19125

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Vladislav Kachka
Spear Wilderman
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

Bruce J. Trawick
DC33 Legal Services Plan
3001 Walnut Street, 10th Floor
Philadelphia, PA 19104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532