United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharon D. Horvath  
    Debtor

Case No. 19-11205-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sharon D. Horvath, 2313 E. Norris Street, Philadelphia, PA 19125-1907 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRUCE J. TRAWICK | on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com srowe@dc33lsp.org;r56186@notify.bestcase.com |
| DANIEL P. JONES | on behalf of Creditor M&T BANK djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VLADISLAV KACHKA
    on behalf of Debtor Sharon D. Horvath vkachka@spearwilderman.com hbanks@spearwilderman.com

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sharon D. Horvath<br>　　　　　　　Debtor(s) | |
| Community Loan Servicing, LLC, a Delaware Limited Liability Company<br>　　　　　　　v.<br>Sharon D. Horvath<br>　　　　　and<br>Scott Waterman<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 19-11205 AMC |

**ORDER**

　　　AND NOW, this ____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 20, 2020 it is ORDERED AND DECREED that:

　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Community Loan Servicing, LLC, a Delaware Limited Liability Company and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2313 East Norris Street Philadelphia, PA 19125.

　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 21, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Sharon D. Horvath
2313 East Norris Street
Philadelphia, PA 19125

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Vladislav Kachka
Spear Wilderman
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

Bruce J. Trawick
DC33 Legal Services Plan
3001 Walnut Street, 10th Floor
Philadelphia, PA 19104

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532