United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-11205-amc |
|---|---|
| Sharon D. Horvath | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon D. Horvath, 2313 E. Norris Street, Philadelphia, PA 19125-1907 |
| 14285326 | ++++ | M&T BANK, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, M&T Bank, 35 A Rust Lane, Boerne, TX 78006 |
| 14617968 | + | M&T BANK, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14337968 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14284786 | + | M&T Bank, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14348628 | + | M&T Bank, c/o Daniel Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 02 2021 23:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2021 23:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 02 2021 23:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 23:37:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14350048 | Email/Text: camanagement@mtb.com | Aug 02 2021 23:27:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                            User: admin                                        Page 2 of 2
Date Rcvd: Aug 02, 2021                         Form ID: pdf900                                  Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRUCE J. TRAWICK | |
| | on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com  srowe@dc33lsp.org;r56186@notify.bestcase.com |
| DANIEL P. JONES | |
| | on behalf of Creditor M&T BANK djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| Scott F Waterman | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| VLADISLAV KACHKA | |
| | on behalf of Debtor Sharon D. Horvath vkachka@spearwilderman.com  hbanks@spearwilderman.com |

TOTAL: 10

In The United States Bankruptcy Court
for the Eastern District of Pennsylvania

| | |
|---|---|
| In Re:<br>Sharon D. Horvath<br><br>    Debtor(s)<br>M&T Bank<br>    Creditor/Movant<br>v.<br>Sharon D. Horvath<br><br>    Respondent | Chapter 13<br><br>Bankruptcy Case: 19-11205-amc<br><br>Judge: Ashely M. Chan |

**O R D E R**

  AND NOW, this ___ day of _____, 20___ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of M&T Bank and any successor in interest and Debtor, Sharon D. Horvath, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

  The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow M&T Bank and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **2313 Norris Street East a/k/a 2313 E. Norris Street, Philadelphia, PA 19125**.

  It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

**Date: August 2, 2021**