United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon D. Horvath  
    Debtor

Case No. 19-11205-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 03, 2021      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon D. Horvath, 2313 E. Norris Street, Philadelphia, PA 19125-1907 |
| 14386879 | + | Daimler Trustt, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14617968 | + | M&T BANK, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14285326 | ++++ | M&T BANK, 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, M&T Bank, 35 A Rust Lane, Boerne, TX 78006 |
| 14337968 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14284786 | + | M&T Bank, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14348628 | + | M&T Bank, c/o Daniel Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14285328 | + | PHILADELPHIA FEDERAL CREDIT UNION, 12800 TOWNSEND ROAD, Philadelphia, PA 19154-1095 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14361201 | | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14285324 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 03 2021 23:51:16 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 14348678 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14350048 | | Email/Text: camanagement@mtb.com | Nov 03 2021 23:39:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 14285327 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:14 | OLD NAVY, 4125 WINDWARD PLAZA, Alpharetta, GA 30005-8738 |
| 14321539 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2021 23:39:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14281194 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 03 2021 23:51:14 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 20 |

| 14285329 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| | | Nov 03 2021 23:39:00 | VERIZON, PO BOX 15124, Albany, NY 12212-5124 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14600166 | | Community Loan Servicing, LLC, a, Delaware Limited Liability Company |
| 14285325 | | Frank Horvath |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRUCE J. TRAWICK | on behalf of Debtor Sharon D. Horvath brucejitzi@gmail.com srowe@dc33lsp.org;r56186@notify.bestcase.com |
| DANIEL P. JONES | on behalf of Creditor M&T BANK djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VLADISLAV KACHKA | on behalf of Debtor Sharon D. Horvath vkachka@spearwilderman.com hbanks@spearwilderman.com |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| SHARON D. HORVATH | Bankruptcy No. 19-11205-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 3, 2021**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE